Dillard cases were cited as also the later case of *Fox* v. *State,* 102 Ark. 393, 144 S. W. 516, and the construction of the statute as given in the Stewart case was again approved. See, also, *Fulton* v. *State,* 178 Ark. 841, 12 S. W. 2d 777.

Under the rule announced in these cases, the trial Court correctly overruled the motion to discharge appellant, since she never at any time demanded a trial or resisted postponement. By her silence she must be held to have consented to the postponements.

Affirmed.

RITHOLZ *v.* DODGE, CHANCELLOR.

4-7993 196 S. W. 2d 479

Opinion delivered September 30, 1946.

Petition for Prohibition to Pulaski Chancery Court; *Frank H. Dodge,* Chancellor; writ denied.

*E. Chas. Eichenbaum, Glenn F. Walther* and *Charles Mehaffy,* for petitioners.

*Carl Langston,* for respondent.

*Guy E. Williams,* Attorney General, for intervenor.

ARKANSAS STATE BOARD OF OPTOMETRY *v.*
DODGE, CHANCELLOR.

4-7994

Opinion delivered September 30, 1946.

*Carl Langston,* for petitioner.

*Charles Mehaffy,* for respondent.

*Guy E. Williams,* Attorney General, for intervenor.